# LINE TO ISSUE SUMMONS

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
et. al.
    PLAINTIFF(S)/CLAIMANTS

Vs

CASE NUMBER: <u>24-C-22-001940</u>

WORKTIME, INC.
PROGRESSIVE CLAIMS
THE PROGRESSIVE CORPORATION, et. al.

    DEFENDANTS

## CLERK-PLEASE ISSUE NEW SUMMONS FOR NEW DEFENDANTS

### COUNT 10

### LINE ITEM-COMPLAINT PLAINTIFF(S) AMENDED COMPLAINT TO ADD DEFENDANTS STRIDE BANK, CHIME CAPITAL, LLC, CASHAPP, SQUARE, INC. SUNNI WALLACE, SUTTON BANK,

91). COMES now the Plaintiff(s) Dr. Keenan Cofield, Kayla Nedd, and LaVerne Thompson, in the above styled matter seeking to AMEND the Original Complaint and Add several NEW Defendants to this action, as they are related and/or associated with the current cause of action and <u>each</u> NEW Defendant named below is a indispensible party Defendant and is necessary to be added and included herein, pursuant to MD Rules of Civil Procedure, Rule and says the following:

92). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-90, in further support of **COUNT 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10** herein says the following:

**THE CORPORATION TRUST, INC.**
**C/O THE CHIME CAPITAL, LLC**
2405 YORK RD.
SUITE 201
LUTHERVILLE, MD 21093

**THE CORPORATION TRUST, INC.**
**C/O THE CHIME CAPITAL,LLC.**
77 MAIDEN LANE
6T FLOOR
SAN FRANCISCO, CA. 94108

**THE CORPORATION TRUST, INC.**
**C/O THE CHIME STRIDE BANK**
2405 YORK RD.
SUITE 201
LUTHERVILLE, MD 21093

**STRIDE CHIME BANK**
324 W. BROADWAY AVE.
ENID, OK 73701

**CASEAPP.COM**
**C/O SQUARE, INC.**
1455 MARKET STREET, #600
SAN FRANCISCO, CA. 9403

**SUTTON BANK/CASHAPP**
PO BOX 505
ATTICA, OH 44807-0505

# COUNT 10
## JOINT STATEMENT OF THE CASE AND FACTS

93). On or about the 01/01/2020 thru 05/09/2022, the Plaintiff Dr. Keenan Cofield had various accounts with both Chime and Cashapp to date. Attached are the only current and proper

accounts for Plaintiff Dr. Keenan Cofield with the Defendants named herein. The Plaintiff had over off and on because of intentional hacking, id theft, fraud, allowed other unknown unnamed parties to even with Passwords unrestricted access to change my accounts details, the names on my accounts, emails and phone numbers more than 25 to 50 times this occurred.

94). This breach, is because of the failed policies and weak computer infrastructure which has allowed millions of accounts holders worldwide victims of hackers and massive fraud, and theft from their accounts. Since these Defendants existence, they have reported internally millions of account thefts and breaches of account holders, personal information and funds. The Plaintiff Dr. Cofield has lost from $100 to more than $21,000 from the Defendants. Chime restored the $21,000 only after the Plaintiff lost one of his business entities and felt the hardship from the stolen revenue.

95). The Defendants cashapp, and Chime, BOTH did knowingly, willingly, purposely, negligently committed fraud, and/or fraudulent acts or conduct when they illegally changed and/or charged my credit card for services never requested, and/or allowed others to change account details to gain control over my accounts as this was a scam many times by both companies. The Plaintiff filed more than 25 or more internal complaints with these Defendants, with NO actions taken action taken and/or funds never restored back to the Plaintiff(s) card or account. These Defendants allowed fraudsters around the world to set up fraudulent accounts, usernames and more to gain access to these Defendants system, hack and breach with the intent to stole and loot the accounts of the Plaintiff Cofield and millions of others.

96). The Plaintiff(s) main telephone numbers and emails for his accounts were 443-554-3715, 443-813-4893, Supremegrandbishop@gmail.com and Psychdoctor101@gmail.com. The

Plaintiff had some 10 or more different phones numbers associated with his many accounts because of the accounts being hacked and compromised, every time I changed, the criminal changed and had breached and gained unauthorized access to my accounts thanks to both Cashapp and Chime. .

**WHEREFORE, GOOD CAUSE SHOWN**, the Plaintiff demands Compensatory Damages in the amount of $15,000,000 Dollars, against **each** named NEW Defendant(s) and $25,000,000, Dollars in Punitive Damages against these same Defendants named herein. The Plaintiff seeks any and all other RELIEF this Honorable Court deem to grant and/or award to the plaintiff. The Plaintiff Dr. Keenan Cofield, demands the return of any and all stole funds from his various accounts. **DEMAND TRIAL BY JURY ON THIS COUNT AS WELL INVOLVING THESE DEFENDANTS, EVEN SEPARATE TRIALS.**

## VERIFICATION OF AMENDED COMPLAINT

I, Dr. Keenan Cofield do hereby certify that the above and foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information and belief, under the penalty of perjury and that I am over the age of (21) years and I am competent to testify to the alleged facts herein. **THIS CLAIM IS SUBJECT TO BE AMENDED AND/OR SUPPLEMENTED AS MEDICAL TREATMENTS, AND OTHER SERVICES CONTINUE.**

**The Plaintiffs/Claimants assert and feel confident that this matter can be resolved to the satisfaction of all parties quietly without the need for any long drawn out litigation.**
If The Defendants/Respondents make a fair and reasonable offer, this matter is over.

_____
Dr. Keenan Cofield

_____
Dr. Keenan Cofield, JD/Ph.D/Psy.D/DD
4109 Cutty Sark Rd.
Middle River, MD 21220
443-554-3715
Email: Supremegrandbishop@gmail.com

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237

*Kayla Nedd*
_____
Kayla Nedd

*LaVerne Thompson*
_____
LaVerne Thompson




**Keenan Cofield**

Tap It )))

DEBIT

**VISA**

cash.app/help  Sutton Bank  10521 PPP 520819.R1  02/22

For assistance, contact us through the Chime mobile app or call 844-244-6363

AUTHORIZED SIGNATURE

870

KEENAN COFIELD

This card is issued by Stride Bank, N.A., Member FDIC, pursuant to a license from Visa U.S.A. Inc.

0598011612
Fiserv V039015 04/20

# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **GRAND** Bishop-Cofield
et. al.

PLAINTIFF(S)/CLAIMANTS

Vs

CASE NUMBER: **24-C-22-001940**

WORKTIME, INC.
PROGRESSIVE CLAIMS
THE PROGRESSIVE CORPORATION, et. al.

DEFENDANTS

## LINE ITEM-PLAINTIFF(S)-CONSENT BY SELF REPRESENTATION LITIGANT TO RECEIVE NOTICES OF ELECTRONIC FILINGS

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice and service of [LINE ITEM-**PLAINTIFF(S)-CONSENT BY SELF REPRESENTATION LITIGANT TO RECEIVE NOTICES OF ELECTRONIC FILINGS**],

That in the event this case is REMOVED TO THE U.S.D.C in Baltimore, MD, that this FORM and Notice be included in the record upon **any** filings thereto, along with the Motion to Consolidate.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715

Email: Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2022, the foregoing Notice was Hand-delivered mailed and filed with the Clerk of Court for further service via the COMPLAINT & SUMMONS to be served on all counsel of record, and each Defendant.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. Keenan Cofield, et. al.
_____
Plaintiff(s),

v.                                                    Civil Case No. _____

PROGRESSIVE INS. et. al.
_____
Defendant(s).

### CONSENT BY SELF-REPRESENTED LITIGANT TO RECEIVE NOTICES OF ELECTRONIC FILING

I, Dr. Keenan Cofield, hereby consent to receive notice and service of all items required to be served under Fed. R. Civ. P. 5(a) and 77(d) by email transmission. In doing so, I agree to waive my right to receive service by mail pursuant to Fed. R. Civ. P. 5(b). I further agree to promptly notify the Clerk if there is any change to my email address or mailing address pursuant to Local Rule 102.b. I understand that electing to receive notices of electronic filing does not grant me the ability to file or serve documents electronically.

Litigants who have consented to receive documents electronically will be sent a Notice of Electronic Filing via email. Upon receipt of the notice, they are permitted one "free look" at the document by clicking on the hyperlinked document number. Litigants are encouraged to print and/or save the document at that time for future reference. This "free look" will expire 15 days from the date the notice was sent. After this free view is used or expires, the filed document may only be accessed through Public Access to Court Electronic Records (PACER). Litigants may obtain a PACER account by registering online at http://www.pacer.gov.

05/16/2022
Date

Signature: [signed]

Dr. Keenan Cofield
Printed Name

psychdoctor101@gmail.com
Email Address

1236 Kendrick Rd.
Mailing Address

Rosedale, MD 21237
City, State, Zip Code

443-554-3715
Telephone Number