# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
et. al.

      PLAINTIFF(S)/CLAIMANTS

Vs

CASE NUMBER: 24-C-22-001940

WORKTIME, INC.
PROGRESSIVE CLAIMS
THE PROGRESSIVE CORPORATION, et. al.

      DEFENDANTS

## LINE ITEM-PLAINTIFF(S) NOTICE TO WITHDRAW OR REMOVE ANY ALLEGED COMPLAINTS OR PLEADINGS REFERENCES OR INCORRECT CITATION OF ANY CLASS OR CLASS ACTION AS ALLEGED BY DEFENDANTS OF PROGRESSIVE INSURANCE

COMES now the Plaintiff(s) Dr. Keenan Cofield, LaVerne Thompson, and Kayla Nedd and do hereby files their LINE ITEM to correct the record to ensure Defendants Progressive Insurance Counsel DOES NOT misled this Court in believing the Plaintiff(s) filed a Class and/or Class Action, **without** the Plaintiff(s) ever pleading the same, and says the following:

a). **THIS IS AN INDIVIDUAL, ACTION ONLY.**

1). The Progressive Defendants counsel may mislead this court and all parties in believing the Plaintiff filed a Class Action. **This is TOTALLY FALSE, and not accurate.**

2). The Plaintiff Dr. Keenan Cofield **never** in the Original Complaint, requested Class Action status. **This Plaintiff is fully aware that ONLY an licensed attorney can represent anyone in a class action.**

3). **No where in the Original Complaint or there any filings by the Plaintiff are the words CLASS ACTION used.**

51

3). Nowhere in the Original Complaint or there any filings by the Plaintiff are the words <u>CLASS ACTION</u> used.

4). It is clear that the Plaintiff(s) indicated in the Original Complaint ONLY referenced others who are possible victims to join the action, but NOTHING in that filing or any other filing set forth and/or was there any request for Class Action status of Certification, at all.

5). For the record, if these Defendants believe the Plaintiff(s) Original Complaint was a Class Action they are wrong, and their assertion is not correct nor accurate.

7). Clearly, the Plaintiff(s) made it known and used the language *Individually, and never stated on behalf of all others similarly situated,* as the Progressive Defendants alleged.

# NOTED CLARIFICATION INTO THE RECORD

8). The Plaintiff(s) on the record, <u>withdraw</u> any alleged references or inferences to any others other than those named in the Original Complaint, as to any alleged class or class action that Defendants Counsel dreamed of to mislead this Court., that <u>never</u> existed.

The Plaintiff(s) assert with this filing that any alleged reference or assumed class or class is withdrawn and removed by this Plaintiff(s) effective immediately from this case.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com

52

Dated this the 31st day of May, 2022

_____
Dr. Keenan Cofield

## AFFIDAVIT OF DR. KEENAN COFIELD

I, Dr. Keenan Cofield, do hereby CERTIFY & VERIFY that the statements and allegations set forth in the foregoing Motion and the accompanying other documents are true and correct and accurate to the best of my personal knowledge, information and belief.

_____

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court Clerk for Baltimore CITY, MD, and, and other Defendants on this the 31st day of May, 2022 and/or placed in the United States mail postage prepaid, to all Defendants so served.

_____
Dr. Keenan Cofield