UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEENAN COFIELD, et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:22-cv-01370-JKB |
| v. | ) ) ) | |
| WORKTIME, INC., et al., | ) ) | |
| Defendants. | ) | |

## THE PROGRESSIVE DEFENDANTS' STATEMENT PURSUANT TO STANDING ORDER 2021-13

In accordance with Standing Order 2021-13, Defendants The Progressive Corporation, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, and Progressive Commercial Casualty Company (the "Progressive Defendants") state as follows:

1. The Progressive Defendants were served with Plaintiffs' complaint on May 6, 2022. Docket entries in the Maryland state court action (Circuit Court for Baltimore City, Case No. 24C22001940) appear to indicate that The Chime Capital, LLC was served on May 16, 2022; the State of Maryland Comptroller, the Maryland Insurance Administration, the Maryland Department of Assessments & Taxation, WorkTime, Inc., and Abe Essex, LLC were served on May 6, 2022; and The Hertz Corporation was served on May 5, 2022. The Progressive Defendants have no knowledge as to whether the service identified in the state docket was actually and properly completed in accordance with applicable rules, except that the Worktime defendants advise that they have not been properly served and the Maryland Insurance Administration, the Department of Assessments & Taxation, and the Comptroller filed motions to dismiss in the State court.

2. Not applicable.

3. Not applicable.

4. Not applicable.

5. Not applicable.

6. As noted in the civil cover sheet, this case is related to the matter captioned *Cofield et al. v. Worktime, Inc. et al.*, currently pending before Judge Gallagher (1:22-cv-00727). Plaintiffs have filed a Motion for Consolidation (Dkt. # 27) to consolidate the two related matters.

Dated: June 21, 2022

Respectfully submitted,

By: /s/ Mark I. Bailen

Mark I. Bailen (Bar No. 13805)
**Law Offices of Mark I. Bailen PC**
1250 Connecticut Avenue NW
Suite 700
Washington, DC 20036
Email: mb@bailenlaw.com
Telephone: 202-656-0422

**BAKER & HOSTETLER LLP**
Michael K. Farrell (*pro hac vice application forthcoming*)
Kendall C. Kash (*pro hac vice application forthcoming*)
Emily S. P. Baxter (*pro hac vice application forthcoming*)
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Email: mfarrell@bakerlaw.com
Telephone: 216-621-0200

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2022, true copies of the foregoing **Statement Pursuant to Standing Order 2021-13** were mailed via first class mail, postage prepaid, to Plaintiffs:

Keenan Cofield
Laverne Thompson
Kayla Nedd
1236 Kendrick Rd.
Rosedale, Maryland 21237

/s/ Mark I . Bailen