KW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **GRAND** Bishop-Cofield
et. al.

    PLAINTIFF(S)/CLAIMANTS

Vs                                 CASE NUMBER: **1:22-cv-01370(JKB)**

WORKTIME, INC.
PROGRESSIVE CLAIMS
THE PROGRESSIVE CORPORATION, et. al.

    DEFENDANTS

## TO: CLERK OF COURT

**PLAINTIFF(S) MOTION FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 55(b)(1) and 55(a) FOR VIOLATION OF MD RULE 3-111(b) DEFENDANTS FAILURE TO FILE ANY ANSWER OR RESPONSE TO PLAINTIFF(S) VERIFIED COMPLAINT AND MOTION FOR SUMMARY JUDGMENT-WITH ATTACHED AFFIDAVIT OF SUM CERTAIN & MEMORANDUM OR IN THE ALTERNATIVE REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF THESE STATE COURT FILINGS**

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice **[PLAINTIFF(S) MOTION FOR CLERK'S ENTRY OF DEFAULT FOR VIOLATION OF MD RULE 3-111(b) DEFENDANTS, I.E. (<u>AUTO BODY EVOLUTION, DENNIE HUFF, ABE ESSEX</u>, OWNERS & OPERATORS), FAILURE TO FILE ANY ANSWER OR RESPONSE TO PLAINTIFF(S) ORIGINAL COMPLAINT AND MOTION FOR SUMMARY JUDGMENT & MEMORANDUM-WITH ATTACHED**

**AFFIDAVIT OF SUM CERTAIN], pursuant to MD Rules 2-311(b), BEFORE REMOVAL,** when on May 6, 2022, the Plaintiff(s) filed and SERVED the Defendants-**AUTO BODY EVOLUTION, DENNIE HUFF, ABE ESSEX each** a copy as required of their Motion for Summary Judgment and Rule 2-311(b) Notice. The Defendants had (15) days to file an answer, response or other pleading, including any request for Extension of Time. None of the Defendants filed any answer or response. (See the **Attached filings**)

a). This Original (STATE COURT) filings was made to the Circuit Court for Baltimore CITY, MD on April 18, 2022, as noted.

b). The Plaintiff(s) request that this Honorable Court TAKE JUDICIAL NOTICE of these State court filings in the removed case or cause of action, pending.

1). The Defendants **are not** in military services, and are competent to testify to the facts if called to testify.

2). The Defendants received sufficient Notice of the Motion and filings and failed and/or refused to comply with the rules.

3). Therefore, the Plaintiff(s) moved that they are fully entitled to relief for any and all the relief and judgment so requested in the Complaint filed and verified.

4). The Defendants **AUTO BODY EVOLUTION-ESSEX, ABE ESSEX, AND DENNIE HUFF**, were duly SERVED May 6, 2022.

5). Federal Rules of Civil Procedure Rule 55(b)(1), authorizes **By the Clerk-**enter a plaintiff's claim for a sum certain or a sum that can be made certain by computation. **The Clerk-*on the plaintiff(s) request, with an affidavit showing the amount due—must enter judgment for that***

*amount and costs against a defendant who has defaulted for not appearing and who is neither a minor nor an incompetent person.*

## PLAINTIFF(S) CLAIMED NOTED SUM CERTAIN AND AMOUNT DUE

d). Plaintiff Dr. Keenan Cofield demands Compensatory Damages in the amount of **$250,000** Dollars, against **each** named NEW Defendant(s) **Auto Body Evolution, LLC, ABE Essex, LLC. And Dennie Huff, et. al.,** and **$1,500,000** Dollars in Punitive Damages against these same Defendants named herein. The Plaintiff seeks any and all other RELIEF this Honorable Court deem to grant and/or award to the plaintiff. Plus any and all other damages and relief requested in the Complaint and Amended Complaint.

e). Rule 55(b)(1) is mandatory in its language and intent from Congress as to be applied, as to the power and roll of the Clerk, by the Clerk.

f). Below is an excerpt from the Original VERIFIED Complaint outlining the sum certain and any and all relief requested by the Plaintiff(s):

g). As a proximate result of the named Defendant's and the facts herein alleged Plaintiff(s)/Claimant seeks further damages in the amount of as set forth herein.

## VERIFICATION OF COMPLAINT & *AFFIDAVIT OF PLAINTIFF DR. KEENAN COFIELD* IN FURTHER SUPPORT OF MOTION FOR AFFIDAVIT FOR ENTRY OF DEFAULT-BY CLERK-FOR AMOUNT DUE FROM EACH DEFENDANT

I, Dr. Keenan Cofield do hereby certify that the above and foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information and belief, under the penalty of perjury and that I am over the age of (21) years and I am competent to testify to the alleged facts herein. **The Plaintiff(s) claim that the damages set forth above are for a sum certain and specific as demanded FOR AMOUNT DUE in the Original VERIFIED Complaint, as against each**

Defendant as stated, in further support of this Motion For Affidavit for Entry of Default, to the Clerk of Court.

Each of the Defendants have failed to file any answer, defend any of the motions filed prior to REMOVAL under state laws and rules now Defaults having to be filed in this federal case at bar, within the time frames of state and federal laws as applicable to the various filings, the Original VERIFIED Complaint, and various other Motions, pending

## PLAINTIFF(S) CLAIMED NOTED SUM CERTAIN AND AMOUNT DUE

h). Plaintiff Dr. Keenan Cofield demands Compensatory Damages in the amount of **$250,000** Dollars, against **each** named NEW Defendant(s) **Auto Body Evolution, LLC, ABE Essex, LLC. And Dennie Huff, et. al.,** and **$1,500,000** Dollars in Punitive Damages against these same Defendants named herein. The Plaintiff seeks any and all other RELIEF this Honorable Court deem to grant and/or award to the plaintiff. Plus any and all other damages and relief requested in the Complaint and Amended Complaint.

I declare under the penalty of perjury that the above and foregoing is true and correct to the best of my knowledge, information and belief.

STATE OF MARYLAND
BALTIMORE COUNTY
WITNESS MY HAND this the 26th day of June, 2022,

_____
Dr. Keenan Cofield

WHEREFORE, GOOD CAUSE SHOWN, the Plaintiff(s) pray that this Honorable Clerk **GRANT** said **MOTION FOR AFFIDAVIT FOR ENTRY OF DEFAULT BY CLERK**, the **AMOUNT DUE** as set forth above:   Plaintiff Dr. Keenan Cofield demands Compensatory Damages in the amount of

$250,000 Dollars, against **each** named NEW Defendant(s) **Auto Body Evolution, LLC, ABE Essex, LLC. And Dennie Huff, et. al.,** and $1,500,000 Dollars in Punitive Damages against these same Defendants named herein. The Plaintiff seeks any and all other RELIEF this Honorable Court deem to grant and/or award to the plaintiff. Plus any and all other damages and relief requested in the Complaint and Amended Complaint.

The Plaintiff's demand relief for the AMOUNTS FURTHER DUE as outlined above to be entered against each Defendant.

The Plaintiff(s) seek any and all other relief this Court deem to award and/or grant on this matter, and NO further delays can be given, needed nor necessary.

## **NO HEARING IS REQUESTED OR NEEDED**

*[signature]*
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 26th day of June, 2022

*[signature]*
Dr. Keenan Cofield

### **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the US District Court in Baltimore, MD, and any and ALL other Defendants or Defendants Counsel on this the 26th day of June, 2022, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield