UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEENAN COFIELD, et al.,<br>individually and on behalf<br>of all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case Nos. 1:22-cv-01370-SAG;<br>1:22-cv-00727-SAG |
| v. | )<br>) | **The request to stay the requirements of Local Rule** |
| THE PROGRESSIVE CORPORATION, et al., | )<br>)<br>) | **103.5(a) until 14 days after the Court decides the**<br>**pending motion to dismiss is hereby GRANTED.** |
| Defendants. | ) | **SO ORDERED this 8th day of July, 2022.** |
| | ) | _____/s/_____<br>**Stephanie A. Gallagher, USDJ** |

**THE PROGRESSIVE DEFENDANTS' MOTION FOR
<u>WAIVER OR STAY OF LOCAL RULE 103.5(a)</u>**

Defendants The Progressive Corporation, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, and Progressive Commercial Casualty Company (the "Progressive Defendants"), respectfully request the Court to waive or stay the requirements of Local Rule 103.5(a) for the following reasons:

1. Local Rule 103.5(a) provides that within 30 days of removal, a removing party "shall file true and legible copies of all other documents then on file in the state court, together with a certification from counsel that all filings in the state court action have been filed in the United States District Court."

2. The Progressive Defendants filed all state court filings from the underlying state court action, Case No. 24C22001940 in the Circuit Court for Baltimore City, in their possession with their Notice of Removal on June 6, 2022. The state court docket sheet is attached hereto as Exhibit A. The Progressive Defendants believe that most of the documents filed in the state court were filed with the Notice of Removal, but given how the state court

documents were filed and served prior to removal, it is unclear which documents were not included with the Notice of Removal. Further, some of the documents filed in the state court action are duplicative of and nearly identical to the state court documents filed in 1:22-cv-00727, which has been consolidated with the above captioned case.

3. Given the time-consuming nature of determining which documents from the state court file were or were not filed with the Notice of Removal and the pending motions to dismiss in this consolidated matter, the Progressive Defendants respectfully request the Court to waive L.R. 103.5(a)'s requirement or, in the alternative, to stay the requirement until 14 days after the Court decides the pending motion to dismiss in this matter.

Dated:  July 6, 2022                                  Respectfully submitted,

By: /s/ Mark I. Bailen

Mark I. Bailen (Bar No. 13805)
**Law Offices of Mark I. Bailen PC**
1250 Connecticut Avenue NW
Suite 700
Washington, DC 20036
Email: mb@bailenlaw.com
Telephone: 202-656-0422


**BAKER & HOSTETLER LLP**
Michael K. Farrell (*pro hac vice forthcoming*)
Kendall C. Kash (*pro hac vice forthcoming*)
Emily S. P. Baxter (*pro hac vice forthcoming*)
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Email: mfarrell@bakerlaw.com
Telephone: 216-621-0200

*Counsel for Progressive Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, true copies of the foregoing **Motion for Waiver or Stay** were mailed via first class mail, postage prepaid, to Plaintiffs:

Keenan Cofield
Laverne Thompson
Kayla Nedd
1236 Kendrick Rd.
Rosedale, Maryland 21237

/s/ Mark I. Bailen

# EXHIBIT A

Circuit Court of Maryland

[Go Back Now](#)

**Case Information**

| | |
|---|---|
| Court System: | **Circuit Court for Baltimore City - Civil System** |
| Case Number: | **24C22001940** |
| Title: | **Keenan Cofield, Et Al Vs. Progressive Insurance, Et Al** |
| Case Type: | **Other Tort**   Filing Date: **04/18/2022** |
| Case Status: | **Closed/Active** |
| Case Disposition: | **Removal**   Disposition Date: **06/06/2022** |

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**   Party No.: **3**
Name: **Nedd, Kayla**
Address: **1236 Kendrick Rd.**
City:        **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **1**
Name: **Cofield, Dr, Keenan**
Address: **4109 Cutty Sark Rd.**
City:        **Middle River**   State: **MD**   Zip Code: **21220**
Address: **1236 Kendrick Rd.**
City:        **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **2**
Name: **Thompson, Lavern**
Address: **1236 Kendrick Rd**
City:        **Baltimore**   State: **MD**   Zip Code: **21237**

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant**   Party No.: **3**
Business or Organization Name: **State Of Maryland**
Address: **Maryland Dept Of Assessments & Taxation**
City:        **Baltimore**   State: **MD**   Zip Code: **21201**
Address: **MD State Treasurer-Hon**
City:        **Annapolis**   State: **MD**   Zip Code: **21401**
Address: **200 St. Paul Place**
City:        **Baltimore**   State: **MD**   Zip Code: **21201**

*Attorney(s) for the Defendant/Respondent*

Name:              **Guida, Vincent**
Appearance Date: **05/31/2022**
Practice Name:    **Department Of Assessments And Taxation**
Address:              **301 W. Preston Street**
                              **8th Floor**
City:                    **Baltimore**   State: **MD**   Zip Code: **21201**

Party Type: **Defendant**   Party No.: **4**
Business or Organization Name: **The Corporate Trust, Inc.**
Address: **2405 York Rd**
City:        **Lutherville Timonium**   State: **MD**   Zip Code: **21093**

| | |
|---|---|
| Address: | 1777 E Joppa Rd |
| City: | Baltimore   State: MD   Zip Code: 21234 |
| Address: | 660 Madison Ave. |
| City: | New York   State: NY   Zip Code: 10021 |

Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **Progressive Insurance**
Address: **8900 Millers Island Blvd.**
City:   **Sparrows Point**   State: **MD**   Zip Code: **21219**
Address: **9105 Cuckold Point Rd.**
City:   **Sparrows Point**   State: **MD**   Zip Code: **21219**

*Attorney(s) for the Defendant/Respondent*

Name:   **Bailen, Esq, Mark I**
Appearance Date: **06/06/2022**
Practice Name:   **Baker & Hostetler, L.L.P.**
Address:   **1050 Connecticut Ave NW**
           **Suite 1100**
City:   **Washington**   State: **DC**   Zip Code: **20036-5303**

Party Type: **Defendant**   Party No.: **2**
Business or Organization Name: **Maryland Insurance Administration**
Address: **200 St. Paul Place**
City:   **Baltimore**   State: **MD**   Zip Code: **21202**
Address: **200 St. Paul Place**
City:   **Baltimore**   State: **MD**   Zip Code: **21202**
Address: **MD Att. Gen. Office - Civil Div.**
City:   **Baltimore**   State: **MD**   Zip Code: **21202**

*Attorney(s) for the Defendant/Respondent*

Name:   **Stewart, Esq, Alicia D**
Appearance Date: **05/31/2022**
Practice Name:   **Maryland Insurance Administration**
Address:   **200 St. Paul Place**
           **Suite 2700**
City:   **Baltimore**   State: **MD**   Zip Code: **21202**

Party Type: **Defendant**   Party No.: **5**
Business or Organization Name: **ABE Essex**
Address: **1751 E. Joppa Rd**
City:   **Baltimore**   State: **MD**   Zip Code: **21234**

Party Type: **Defendant**   Party No.: **6**
Business or Organization Name: **WorkTime, Inc**
Address: **8900 Millers Island Blvd**
City:   **Sparrows Point**   State: **MD**   Zip Code: **21219**
Address: **9105 Cuckold Point Rd**
City:   **Sparrows Point**   State: **MD**   Zip Code: **21219**
Address: **John/Jane Doe: Driver Of Dump Truck #26**
City:   **Sparrows Point**   State: **MD**   Zip Code: **21219**

Party Type: **Defendant**   Party No.: **7**
Business or Organization Name: **Progressive Claims The Progressive Corporation**
Address: **747 Alpha Drive**
City:   **Highland Heights**   State: **OH**   Zip Code: **44143**

*Attorney(s) for the Defendant/Respondent*

Name:   **Bailen, Esq, Mark I**

| | |
|---|---|
| Appearance Date: | **06/06/2022** |
| Practice Name: | **Baker & Hostetler, L.L.P.** |
| Address: | **1050 Connecticut Ave NW** |
| | **Suite 1100** |
| City: | **Washington**   State: **DC**   Zip Code: **20036-5303** |

Party Type: **Defendant**   Party No.: **8**
Business or Organization Name: **Progressive Claims Dept. The Progressive Corp**
Address: **Legal Departement -counsel**
City:   **Glen Burnie**   State: **MD**   Zip Code: **21061**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Bailen, Esq, Mark I** |
| Appearance Date: | **06/06/2022** |
| Practice Name: | **Baker & Hostetler, L.L.P.** |
| Address: | **1050 Connecticut Ave NW** |
| | **Suite 1100** |
| City: | **Washington**   State: **DC**   Zip Code: **20036-5303** |

Party Type: **Defendant**   Party No.: **9**
Business or Organization Name: **Progressive Insurance Progressive Casualty Insurance Company**
Address: **Legal Dept - Counsel**
City:   **Glen Burnie**   State: **MD**   Zip Code: **21061**
Address: **6300 Wilson Mills Rd**
City:   **Cleveland**   State: **OH**   Zip Code: **44143**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Bailen, Esq, Mark I** |
| Appearance Date: | **06/06/2022** |
| Practice Name: | **Baker & Hostetler, L.L.P.** |
| Address: | **1050 Connecticut Ave NW** |
| | **Suite 1100** |
| City: | **Washington**   State: **DC**   Zip Code: **20036-5303** |

Party Type: **Defendant**   Party No.: **10**
Business or Organization Name: **Progressive Insurance Claims**
Address: **477 Viking Dr**
City:   **Virginia Beach**   State: **VA**   Zip Code: **23452-7349**
Address: **6300 Wilson Blvd**
City:   **Mayfiled Villiage**   State: **OH**   Zip Code: **44143-2182**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Bailen, Esq, Mark I** |
| Appearance Date: | **06/06/2022** |
| Practice Name: | **Baker & Hostetler, L.L.P.** |
| Address: | **1050 Connecticut Ave NW** |
| | **Suite 1100** |
| City: | **Washington**   State: **DC**   Zip Code: **20036-5303** |

Party Type: **Defendant**   Party No.: **11**
Business or Organization Name: **Progressive Insurance The Progressive Corporation**
Address: **6300 Wilson Mills Rd**
City:   **Cleveland**   State: **OH**   Zip Code: **44143**

*Attorney(s) for the Defendant/Respondent*

Name:   **Bailen, Esq, Mark I**
Appearance Date: **06/06/2022**

| | |
|---|---|
| Practice Name: | **Baker & Hostetler, L.L.P.** |
| Address: | **1050 Connecticut Ave NW** |
| | **Suite 1100** |
| City: | **Washington**  State: **DC**  Zip Code: **20036-5303** |

Party Type: **Defendant**   Party No.: **12**

Business or Organization Name: **Progressive Insurance Progressive Commercial Casualty Company**

Address: **841 Cromwell Park Dr**
City: **Glen Burnie**  State: **MD**  Zip Code: **21061**
Address: **6300 Wilson Mills Rd**
City: **Cleveland**  State: **OH**  Zip Code: **44143**

*Attorney(s) for the Defendant/Respondent*

Name: **Bailen, Esq, Mark I**
Appearance Date: **06/06/2022**
Practice Name: **Baker & Hostetler, L.L.P.**
Address: **1050 Connecticut Ave NW**
**Suite 1100**
City: **Washington**  State: **DC**  Zip Code: **20036-5303**

Party Type: **Defendant**   Party No.: **13**

Business or Organization Name: **Progressive Insurance Progressive Direct Insurance Company**

Address: **Legal Dept - Counsel**
City: **Glen Burnie**  State: **MD**  Zip Code: **21061**
Address: **6300 Wilson Mills Rd**
City: **Cleveland**  State: **OH**  Zip Code: **44143**

*Attorney(s) for the Defendant/Respondent*

Name: **Bailen, Esq, Mark I**
Appearance Date: **06/06/2022**
Practice Name: **Baker & Hostetler, L.L.P.**
Address: **1050 Connecticut Ave NW**
**Suite 1100**
City: **Washington**  State: **DC**  Zip Code: **20036-5303**

Party Type: **Defendant**   Party No.: **14**

Business or Organization Name: **Progressive Casualty Insurance Company**

Address: **Legal Dept - Counsel**
City: **Glen Burnie**  State: **MD**  Zip Code: **21061**
Address: **Ms. Annie Davis**
City: **Mayfield Villiage**  State: **OH**  Zip Code: **44143-2182**
Address: **Legal Dep - Counsel**
City: **Glen Burnie**  State: **MD**  Zip Code: **21061**
Address: **Glenn M. Renwick, Exe. Chairman**
City: **Mayfield Villiage**  State: **OH**  Zip Code: **44143-2182**
Address: **Susan P. Griffith, CEO, Pres. And Dir.**
City: **Glen Burnie**  State: **MD**  Zip Code: **21061**
Address: **Susan P. Griffith, CEO, Pres. And Dir.**
City: **Mayfield Villiage**  State: **OH**  Zip Code: **44143-2182**

Party Type: **Defendant**   Party No.: **15**

Business or Organization Name: **Progressive Insurance And Claims Company The Progressive Corporation**

Address: **2100 Eastern Ave**
City: **Baltimore**  State: **MD**  Zip Code: **21231**
Address: **Marie Starret, Legal Dept Counsel**
City: **Glen Burnie**  State: **MD**  Zip Code: **21061**
Address: **Marie Starrett Prgressive Agent**
City: **Mayfield Village**  State: **OH**  Zip Code: **44143-2182**

| | |
|---|---|
| Party Type: **Defendant** | Party No.: **16** |
| Business or Organization Name: | **State Of MD Comptroller Of Maryland** |
| Address: | **301 W Preston St** |
| City: **Baltimore** | State: **MD**  Zip Code: **21201** |
| Address: | **200 St Paul Place** |
| City: **Baltimore** | State: **MD**  Zip Code: **21201** |

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Oliner, Esq, Brian L** |
| Appearance Date: | **06/01/2022** |
| Practice Name: | **Office Of The Attorney General** |
| Address: | **80 Calvert Street, Rm 303** |
| | **PO Box 466** |
| City: | **Annapolis**  State: **MD**  Zip Code: **21404** |

| | |
|---|---|
| Party Type: **Defendant** | Party No.: **17** |
| Business or Organization Name: | **The Chime Capital, LLC** |
| Address: | **The Corp. Trust, Inc.** |
| City: **Lutherville Timonium** | State: **MD**  Zip Code: **21093** |
| Address: | **The Corp. Trust, Inc.** |
| City: **San Francisco** | State: **CA**  Zip Code: **94108** |

| | |
|---|---|
| Party Type: **Defendant** | Party No.: **18** |
| Business or Organization Name: | **The Chime Striked Bank** |
| Address: | **The Corp Trust, Inc.** |
| City: **Lutherville Timonium** | State: **MD**  Zip Code: **21093** |

| | |
|---|---|
| Party Type: **Defendant** | Party No.: **21** |
| Business or Organization Name: | **Sutton Bank/Cashapp** |
| Address: | **PO Box 505** |
| City: **Attica** | State: **OH**  Zip Code: **44807-0505** |

| | |
|---|---|
| Party Type: **Defendant** | Party No.: **19** |
| Business or Organization Name: | **Stride Chime Bank** |
| Address: | **324 W. Broadway Ave** |
| City: **Enid** | State: **OK**  Zip Code: **73701** |

| | |
|---|---|
| Party Type: **Defendant** | Party No.: **20** |
| Business or Organization Name: | **Caseapp.com** |
| Address: | **C/O Square, Inc.** |
| City: **San Francisco** | State: **CA**  Zip Code: **94103** |

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

| | |
|---|---|
| Doc No./Seq No.: | **1/0** |
| File Date: **04/18/2022** | Entered Date: **04/19/2022**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Motion to Waive Prepayment of Filing Fee** |
| | Filed by PLT001-Thompson, PLT003-All Black Claimants Who In The Past 3 To 10 Years Have Filed A Claim, PLT002-Nedd |

| | |
|---|---|
| Doc No./Seq No.: **2/0** | |
| File Date: **04/18/2022** | Entered Date: **05/03/2022**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Complaint with Request for Jury Trial** |
| | Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd |

| | | |
|---|---|---|
| Doc No./Seq No.: | **3/0** | |
| File Date: | **04/25/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **1** | |
| Document Name: | Notice to Defendants of MD Rule 2-311(b) | |
| | Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **4/0** | |
| File Date: | **04/25/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **1** | |
| Document Name: | Motion for Judgment on All Plaintiffs Pleadings and Filings to Date | |
| | Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **5/0** | |
| File Date: | **04/25/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **2** | |
| Document Name: | Motion to Consolidate with 1:22-CV-00727-SAG | |
| | Filed by PLT002-Thompson, PLT001-Cofield, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **6/0** | |
| File Date: | **04/26/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **2** | |
| Document Name: | Emergency Motion to Consolidate with 24-C-22-001063 | |
| | Filed by PLT002-Thompson, PLT001-Cofield, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **7/0** | |
| File Date: | **04/29/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **1** | |
| Document Name: | Motion to Consolidate with 1:22-CV-00727-SAG | |
| | Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **8/0** | |
| File Date: | **04/25/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **1** | |
| Document Name: | Motion for Summary Judgment or in the Alternative Affidavit of Dr. Keenan | |
| | Cofield, Jointly in Support of Motion for Summary Judgment, with Exhibits Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **9/0** | |
| File Date: | **04/25/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **2** | |
| Document Name: | Motion for Summary Judgment or in Memorandum of Law in Support, with Exhibits | |
| | Filed by PLT002-Thompson, PLT001-Cofield, PLT003-Nedd | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **10/0** | |
| File Date: | **04/29/2022**   Entered Date: **05/03/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **1** | |
| Document Name: | Line to Issue Summons | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **11/0** | |
| File Date: | **05/03/2022**   Entered Date: **05/03/2022**   Decision: | |
| Document Name: | Correspondence to Clerk from Carolyn C. Williamson | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **12/0** | |
| File Date: | **05/05/2022**   Entered Date: **05/05/2022**   Decision: | |
| Party Type: | **Plaintiff**   Party No.: **1** | |
| Document Name: | Line to Withdraw, Remove and Strike Letter to Clerk Document 11/0 | |

| | |
|---|---|
| Doc No./Seq No.: | 13/0 |
| File Date: | 05/05/2022   Entered Date: 05/05/2022   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Request for Jury Trial |

| | |
|---|---|
| Doc No./Seq No.: | 14/0 |
| File Date: | 05/05/2022   Entered Date: 05/05/2022   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Line to Withdraw, Remove and Strike Waiver of Filing Fee |

| | |
|---|---|
| Doc No./Seq No.: | 15/0 |
| File Date: | 05/04/2022   Entered Date: 05/05/2022   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material (2) |

| | |
|---|---|
| Doc No./Seq No.: | 16/0 |
| File Date: | 05/09/2022   Entered Date: 05/11/2022   Decision: |
| Party Type: | Defendant   Party No.: 6 |
| Document Name: | Return of Service - Served (2) |
| | WRIT OF SUMMONS (Private Process) served 05/06/22 |

| | |
|---|---|
| Doc No./Seq No.: | 17/0 |
| File Date: | 05/09/2022   Entered Date: 05/11/2022   Decision: |
| Document Name: | Affidavit of Service |
| | Served the Corporate Trust/Hertz on 05/05/22 |

| | |
|---|---|
| Doc No./Seq No.: | 18/0 |
| File Date: | 05/11/2022   Entered Date: 05/11/2022   Decision: |
| Party Type: | Defendant   Party No.: 7 |
| Document Name: | Affidavit of Service |
| | Served All Progressive ins on 05/06/22 Filed by DEF007-Progressive Claims The Progressive Corporation, DEF008-Progressive Claims Dept. The Progressive Corp, DEF009-Progressive Insurance Progressive Casualty Insurance Company, DEF010-Progressive Insurance Claims, DEF011-Progressive Insurance The Progressive Corporation, DEF012-Progressive Insurance Progressive Commercial Casualty Company, DEF013-Progressive Insurance Progressive Direct Insurance Company, DEF014-Progressive Casualty Insurance Company, DEF015-Progressive Insurance And Claims Company The Progressive Corporation, DEF016-State Of MD Comptroller Of Maryland |

| | |
|---|---|
| Doc No./Seq No.: | 19/0 |
| File Date: | 05/09/2022   Entered Date: 05/11/2022   Decision: |
| Party Type: | Defendant   Party No.: 5 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 05/06/22 |

| | |
|---|---|
| Doc No./Seq No.: | 20/0 |
| File Date: | 05/09/2022   Entered Date: 05/11/2022   Decision: |
| Party Type: | Defendant   Party No.: 2 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 05/06/22 |

| | |
|---|---|
| Doc No./Seq No.: | 21/0 |
| File Date: | 05/09/2022   Entered Date: 05/11/2022   Decision: |
| Party Type: | Defendant   Party No.: 3 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 05/06/22 |

| | |
|---|---|
| Doc No./Seq No.: | 22/0 |

| | | | | |
|---|---|---|---|---|
| File Date: | **05/11/2022** | Entered Date: **05/11/2022** | Decision: | |
| Party Type: | **Defendant** | Party No.: **16** | | |
| Document Name: | Return of Service - Served (see D.E. 21) | | | |
| | WRIT OF SUMMONS (Private Process) served 05/06/22 | | | |

| | |
|---|---|
| Doc No./Seq No.: | **23/0** |
| File Date: | **05/09/2022**  Entered Date: **05/16/2022**  Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | Amended Complaint to Add Defendants |
| | Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd |

| | |
|---|---|
| Doc No./Seq No.: | **24/0** |
| File Date: | **05/16/2022**  Entered Date: **05/17/2022**  Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | Plaintiff's Consent by Self Representation Litigant to Receive Notices of Electronic Filings |

| | |
|---|---|
| Doc No./Seq No.: | **25/0** |
| File Date: | **05/16/2022**  Entered Date: **05/17/2022**  Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | Return of Service - Served (All Progressive Defendants) |
| | WRIT OF SUMMONS (Private Process) served 05/09/22 |

| | |
|---|---|
| Doc No./Seq No.: | **26/0** |
| File Date: | **05/20/2022**  Entered Date: **05/24/2022**  Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | Motion for Summary Judgment or in the Alternative Affidavit of Dr. Keenan Cofield, Joinlty in Support of Motion for Summary Judgment and Motionf or Judgment on the Pleadings Joinlty, with Exhibits |

| | |
|---|---|
| Doc No./Seq No.: | **27/0** |
| File Date: | **05/20/2022**  Entered Date: **05/25/2022**  Decision: |
| Party Type: | **Defendant**   Party No.: **17** |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 05/16/22 |

| | |
|---|---|
| Doc No./Seq No.: | **28/0** |
| File Date: | **05/31/2022**  Entered Date: **06/01/2022**  Decision: |
| Party Type: | **Defendant**   Party No.: **3** |
| Document Name: | Motion to Dismiss, with Memorandum |

| | |
|---|---|
| Doc No./Seq No.: | **29/0** |
| File Date: | **05/31/2022**  Entered Date: **06/01/2022**  Decision: |
| Party Type: | **Defendant**   Party No.: **2** |
| Document Name: | Motion to Dismiss with Memorandum |

| | |
|---|---|
| Doc No./Seq No.: | **30/0** |
| File Date: | **06/01/2022**  Entered Date: **06/02/2022**  Decision: |
| Party Type: | **Defendant**   Party No.: **16** |
| Document Name: | Motion to Dismiss, with Memorandum |

| | |
|---|---|
| Doc No./Seq No.: | **31/0** |
| File Date: | **06/01/2022**  Entered Date: **06/02/2022**  Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | Notice to Withdraw or Remove Any Alleged Complaints or Pleadings References or Incorrect Citatiton of Any Class or Class Action as Alleged by Defendants of |

| | |
|---|---|
| | **Progressive Insurance** |
| Doc No./Seq No.: | **32/0** |
| File Date: | **06/06/2022**   Entered Date: **06/07/2022**   Decision: |
| Party Type: | **Defendant**   Party No.: **1** |
| Document Name: | Notice of Removal to U.S. District Court |
| | Filed by DEF001-Progressive Insurance, DEF007-Progressive Claims The Progressive Corporation, DEF009-Progressive Insurance Progressive Casualty Insurance Company, DEF010-Progressive Insurance Claims, DEF011-Progressive Insurance The Progressive Corporation, DEF014-Progressive Casualty Insurance Company, DEF012-Progressive Insurance Progressive Commercial Casualty Company |

| | |
|---|---|
| Doc No./Seq No.: | **33/0** |
| File Date: | **06/06/2022**   Entered Date: **06/21/2022**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | Notice to Court of All Defendants Violated MD Rules, When No Defendants Have |
| | and Did File an Answer Under State Rules as Required in This Case or in the Alternative Any and All Defendants Are Thus Waived for Filing to Deny |

| | |
|---|---|
| Doc No./Seq No.: | **33/1** |
| File Date: | **06/06/2022**   Entered Date: **06/21/2022**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | Amended and/or Supplement to Plaintiff's Notice |

| | |
|---|---|
| Doc No./Seq No.: | **34/0** |
| File Date: | **06/22/2022**   Entered Date: **06/27/2022**   Decision: |
| Party Type: | **Defendant**   Party No.: **6** |
| Document Name: | **Affidavit of Service** |
| | **Served 06/05/22** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*