**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **STEPHANIE A. GALLAGHER** | **BALTIMORE, MARYLAND 21201** |
| **UNITED STATES DISTRICT JUDGE** | **(410) 962-7780** |

July 8, 2022

**LETTER ORDER**

      RE:    Cofield, et al. v. The Progressive Corporation, et al.
               Civil Case No. SAG-22-1370

Dear Mr. Cofield and Counsel:

      Plaintiffs filed a document entitled "Amended Complaint" purporting to add additional defendants. ECF 9. That document does not constitute a proper amended complaint under this Court's Local Rules. Accordingly, the Clerk will be directed to remove the defendants named in that document from the docket in this case. Plaintiffs are advised that their Complaint must consist of a single document containing all of their allegations against any defendants they intend to name. "Supplements" are not permitted. This Court further notes that the allegations in ECF 9 appear entirely unrelated to the other allegations in this case, meaning that they would not be properly joined even if Plaintiffs had followed the rules.

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                             Sincerely yours,

                                             /s/

                                           Stephanie A. Gallagher
                                           United States District Judge