# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DR. KEENAN COFIELD**, *et al.*, | * |
| Plaintiffs, | * |
| v. | *  Civil No. SAG-22-727 (lead) |
| | *  SAG-22-1370 (consol.) |
| **WORKTIME, INC.**, *et al.*, | * |
| Defendants. | * |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 29th day of August, 2022, by the United States District Court for the District of Maryland, ORDERED that:

(1) the Progressive Defendants' motions to dismiss, ECF 49 and 106, will be GRANTED without prejudice as to Count 8 and DENIED as moot as to Counts 1-7;

(2) Plaintiffs' Motion to Consolidate this case with another pending federal action, ECF 121, is DENIED as moot;

(3) Plaintiffs' Motion to Remand, ECF 111, will be GRANTED as to Counts 1-7 in case number 22-cv-1370, and the case is REMANDED to the Circuit Court for Baltimore City for adjudication;

(4) Counts 1-7 in case number 22-727 will be DISMISSED as duplicative; and

(5) The Clerk's Office is directed to CLOSE case numbers 22-727 and 22-1370.

/s/
Stephanie A. Gallagher
United States District Judge